April 25, 2018

**VIA U.S. MAIL**

Tracie L. Washington
8004 Belfast Street
New Orleans, LA 70125

Re:  **Termination of Position**

Dear Ms. Washington:

As you know, I was appointed as Independent Jail Compliance Director of the Orleans Parish jail facilities by Judge Lance Africk in *Jones v. Gusman*, EDLA, No. 2:12-cv-00859, Doc. Nos. 1082 and 1151. Gary Maynard served in the same capacity before me.

The duties of the Compliance Director are provided for in the Stipulated Order for Appointment of Independent Jail Compliance Director ("Stipulated Order"). *Jones*, Doc. No. 1082. As Compliance Director, I have "final authority to operate the Orleans Parish Jail," *id.* at 2, including the "final authority to create, modify, abolish or transfer employee and contractor positions; [and] to recruit, hire, discipline, terminate, promote, demote, transfer, and evaluate employees and contractors. . . ." *Id.* at 12.

It has recently come to my attention that on November 18, 2016, Sheriff Marlin Gusman sent you an email designating you as the "Chief Legal Officer," and assigning you certain duties, *i.e.*, to: "supervise and coordinate all inmate legal requests, be an instructor for the Training Academy in Sexual Harassment and Ethics, the designated responder to any Public Records Requests, the designated Ethics Officer, and the reviewer of legal billings."

At the time of this email, however, the Stipulated Order was in place, and Director Maynard was serving in the role of Compliance Director. *Jones*, Doc. No. 1097 at 1 (noting that Director Maynard would begin full-time employment on October 1, 2016). Accordingly, Sheriff Gusman had no authority to give you a title or employment duties. I am eliminating this unauthorized position, and, in my capacity as Compliance Director, terminating your employment, effective immediately.

Sincerely,

*Darnley R Hodge S*
Darnley R. Hodge, Sr.
Compliance Director